UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 07-CR-223-Collyer (DDC)** |
| | : | |
| **Arnulfo Sanchez-Gonzalez,** | : | |
| a/k/a "Comandante Pablo," | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF POTENTIAL 404(b) EVIDENCE

**COMES NOW,** the United States by and through undersigned counsel, and puts defendants on notice of possible other acts evidence.

Rule 404(b), Federal Rules of Evidence, notes that upon request of the defendant, the government shall provide, "reasonable notice of the evidence of other crimes, wrongs or acts, in advance of trial." Notification of names of witnesses, and specific dates of events, are not included within the requirements of 404(b) notice.

In *U.S. v. Watt,* 911 F.Supp. 538, 556-557 (D.D.C. 1995), the District Court noted that "the text of Rule 404(b) indicates that the government need only describe the general nature of the evidence it intends to introduce" and further cited the Advisory Committee notes on the rule, which provided that, "No specific form of notice is required, instead the Committee opted for a generalized notice provision which requires the prosecution to apprise the defendant of the general nature of the evidence of the extrinsic acts." *Id.*

From on or about 2001 until at least 2010, defendant Arnulfo Sanchez-Gonzalez, also known as "Comandante Pablo," taxed and/or transported large loads of cocaine and heroin, destined to the United States, in the La Guajira area of Colombia. The defendant did this on behalf of himself and/or the AUC or Autodefensas Unidas de Colombia, also known as the

1

United Self Defense Forces of Colombia.  The defendant was a leader and/or organizer within the AUC and never demobilized from the AUC.  All of this conduct falls within the dates of the most recent Superseding Indictment.  Therefore, it is the position of the United States that no 404(b) analysis is required.  However, it is also the position of the United States that the evidence in this case and any evidence produced at trial would also qualify as 404(b) evidence as discussed above.  The United States will update this notice, if needed, as it continues to prepare for trial.

      Respectfully submitted this 18th day of April 2014.

                          ARTHUR G. WYATT
                          Chief
                          Narcotic and Dangerous Drug Section
                          Criminal Division
                          United States Department of Justice

      By:      /s/   Brian Sardelli
                          Brian Sardelli
                          Trial Attorney
                          Narcotic and Dangerous Drug Section
                          Criminal Division
                          United States Department of Justice
                          1400 New York Avenue, N.W., 8th Floor
                          Washington, DC 20530
                          Telephone: (202) 598-2950 / Fax: (202) 514-0483
                          E-mail: brian.sardelli2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of April 2014, I filed this document via ECF with the Clerk of the Court and therefore caused a copy to be served on the defense counsel of record in this case.

By: _____/s/    Brian Sardelli
Brian Sardelli
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice
1400 New York Avenue, N.W., 8th Floor
Washington, DC 20530
Telephone: (202) 598-2950 / Fax: (202) 514-0483
E-mail: brian.sardelli2@usdoj.gov